**COMMONWEALTH of Pennsylvania,**
Appellant

v.

**Ronald D. EMERICK, Appellee.**

Supreme Court of Pennsylvania.

Jan. 14, 2004.

### *ORDER*

PER CURIAM:

**AND NOW,** this 14th day of January, 2004, the Order of the Court of Common Pleas of Somerset County is AFFIRMED. *See Commonwealth v. Mockaitis,* —— Pa. ——, 834 A.2d 488, 2003 WL 22358576 (2003).